374

67 So.2d 90

**BANK OF LORETTO v. H. M. BOBO.**

**8 Div. 714.**

Supreme Court of Alabama.

Aug. 6, 1953.

Bradshaw Barnett & Haltom and E. B. Haltom, Jr., Florence, for petitioner.

Potts & Young and Wm. F. Baker, Florence, opposed.

LIVINGSTON, Chief Justice.

Petition of The Bank of Loretto for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Bank of Loretto v. Bobo, Ala.App., 67 So.2d 77.

Writ denied.

LAWSON, C. J., and SIMPSON and MERRILL, JJ., concur.